1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KENNETH WRIGHT, | CASE NO. C14-421 MJP |
| Plaintiff, | ORDER DENYING STIPULATED MOTION TO SUSPEND DEADLINES |
| v. | |
| LYFT, INC., | |
| Defendant. | |

The Court, having received and reviewed the Stipulation and Proposed Order Suspending Deadlines Pending Ruling Regarding Defendant's Renewed Rule 12 Motion (Dkt. No. 12), finds the motion contains no specific facts to establish good cause for a continuance or revision of deadlines. The Parties ask the Court to suspend all deadlines pending the Court's ruling on Lyft's revised or renewed Rule 12 motion or the filing of Lyft's answer to the amended complaint. (Id. at 2.) There is no currently pending renewed Rule 12 Motion or filed answer, and the Court will not set new deadlines or suspend deadlines based on potential future fillings. This is especially true where the Parties provide no specific dates on which these documents will, with certainty, be filed.

ORDER DENYING STIPULATED MOTION TO
SUSPEND DEADLINES- 1

1   Therefore, IT IS ORDERED that the request to revise the existing case schedule is
2   DENIED without prejudice to bring a renewed motion which cures the defects noted above and
3   outlines a plan for meeting the revised deadlines.
4   The clerk is ordered to provide copies of this order to all counsel.
5   Dated this 4th day of June, 2014.

_____
Marsha J. Pechman
Chief United States District Judge

ORDER DENYING STIPULATED MOTION TO
SUSPEND DEADLINES- 2