THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH WRIGHT, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:14−cv−00421−MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

The Court considered Plaintiff's Motion for Leave to File Second Amended Complaint and all documents filed in support of or opposition to the motion. IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff is granted leave to file his proposed Second Amended Complaint.

DATED this __31st__ day of __March__ 2016.

_____
Marsha J. Pechman
United States District Judge

Presented by:

*/s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA #23091
dheyrich@hkm.com

**HKM ATTORNEYS**[1]
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
Fax: (206) 838-2505

-and-

**STUTHEIT KALIN LLC**
Peter Stutheit, WSBA #32090
308 SW First Avenue, Suite 325
Portland, OR 97204
Tel: (503) 493-7488
Fax: (503) 715-5670
peter@stutheitkalin.com

*Attorneys for Plaintiff*

---

[1] HKM Attorneys is a division of HKM Employment Attorneys LLP.

**CERTIFICATE OF SERVICE**

On December 7, 2015, I caused the foregoing document to be filed with the Clerk of the United States District Court, Western District of Washington, using the ECF system, which will cause a copy to be served on all counsel of record in this matter.

*/s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA #23091

**HKM ATTORNEYS**
600 Stewart Street, Suite 901
Seattle, WA  98101
Telephone: (206) 838-2504
Facsimile: (206) 838-2505
Email: dheyrich@hkm.com

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE
(Case No. 2:14−cv−00421-MJP)
Page 3