1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

KENNETH WRIGHT,

CASE NO. C14-421-MJP

11

Plaintiff,

ORDER RE: SUPPLEMENTAL
JURISDICTION

12

v.

13

LYFT, INC.,

14

Defendant.

15

16    The above-entitled Court, having received and reviewed Defendant's Statement

17 Regarding Supplemental Jurisdiction (Dkt. No. 64), rules as follows:

18    IT IS ORDERED that the Court will retain supplemental jurisdiction over the state law

19 claims remaining in this matter.

20    IT IS FURTHER ORDERED that the matter will be STAYED pending resolution by the

21 Washington Supreme Court of the issues certified to that body in Gragg v. Orange Cab Co., No

22 C1-0576 RSL (W.D. Wash.).

23    The parties are directed to notify the Court within 7 days of the filing of the answers to

24 the certified questions by the Washington Supreme Court.

1    The clerk is ordered to provide copies of this order to all counsel.

2    Dated this 4th day of May, 2016.

3

4

5    _____
     Marsha J. Pechman
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER RE: SUPPLEMENTAL JURISDICTION- 2