The Honorable Barbara J. Rothstein

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

KENNETH WRIGHT, on his own behalf and
on behalf of other similarly situated persons,

              Plaintiff,

v.

LYFT, INC., a Delaware Corporation,

              Defendants.

Case No. 2:14−cv−00421−BJR

ORDER GRANTING STIPULATED
MOTION TO CERTIFY QUESTIONS TO
THE WASHINGTON SUPREME COURT

      This matter came before the Court on the Stipulated Motion to Certify Questions to the

Washington Supreme Court.  Having considered the motion, the papers filed in support of the

motion, and the files and records herein, the Stipulated Motion to Certify Questions to the

Washington Supreme Court is GRANTED and the following issues are hereby certified to the

Washington Supreme Court under RCW 2.60.020:

          1.     Does the recipient of a text message that violates the Consumer
                 Electronic Mail Act, Ch. 19.190 RCW ("CEMA"), have a
                 private right of action for damages (as opposed to injunctive
                 relief) directly under that statute?

2.    Does the liquidated damages provision of CEMA, RCW 19.190.040(1), establish the causation and/or injury elements of a claim under the Washington Consumer Protection Act, Ch. 19.86 RCW ("CPA"), as a matter of law or must the recipient of a text message that violates CEMA first prove injury in fact before he or she can recover the liquidated damage amount?

DATED this 16th day of _February_, 2017.

*Barbara J Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*/s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA #23091

**HKM ATTORNEYS**
600 Stewart Street, Suite 901
Seattle, WA  98101
Tel: (206) 838-2504
Fax: (206) 260-3055
dheyrich@hkm.com

Attorneys for Plaintiff

ORDER GRANTING MOTION TO CERTIFY LEGAL QUESTIONS TO
THE WASHINGTON SUPREME COURT
Case No. 2:14–cv–00421–BJR - 2

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 9th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Donald W. Heyrich
Donald W. Heyrich, WSBA #23091

**HKM ATTORNEYS**
600 Stewart Street, Suite 901
Seattle, WA  98101
Telephone: (206) 838-2504
Facsimile: (206) 260-3055
Email: dheyrich@hkm.com