The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH WRIGHT, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:14−cv−00421−BJR<br><br>**AMENDED** ORDER GRANTING STIPULATED MOTION TO CERTIFY QUESTIONS TO THE WASHINGTON SUPREME COURT |

This matter came before the Court on the Stipulated Motion to Certify Questions to the Washington Supreme Court. Having considered the motion, the papers filed in support of the motion, and the files and records herein, the Stipulated Motion to Certify Questions to the Washington Supreme Court is GRANTED and the following issues are hereby certified to the Washington Supreme Court under RCW 2.60.020:

 1. Does the recipient of a text message that violates the Consumer Electronic Mail Act, Ch. 19.190 RCW ("CEMA"), have a private right of action for damages (as opposed to injunctive relief) directly under that statute?

2. Does the liquidated damages provision of CEMA, RCW 19.190.040(1), establish the causation and/or injury elements of a claim under the Washington Consumer Protection Act, Ch. 19.86 RCW ("CPA"), as a matter of law or must the recipient of a text message that violates CEMA first prove injury in fact before he or she can recover the liquidated damage amount?

The Clerk of the Court is directed to submit to the Supreme Court of Washington certified copies of this Order, a copy of the docket in the above-captioned matter, and Dkt. Nos. 54, 56-60, 63, 65, and 71. The record so compiled contains all matters in the pending cause deemed material for consideration of the state law questions certified for answer.

The defendant in this action is designated as the appellant before the Supreme Court of Washington. The Clerk of the Court shall notify the parties as soon as possible, but no more than three days, after the above-described record is filed in the Supreme Court of Washington. The parties are referred to state RAP 16.16 for additional information regarding procedures before the Supreme Court.

The case will remain STAYED until the Supreme Court of Washington answers the certified questions.

DATED this 17th day of _February_, 2017.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

**AMENDED** ORDER GRANTING MOTION TO CERTIFY LEGAL
QUESTIONS TO THE WASHINGTON SUPREME COURT
Case No. 2:14−cv−00421−BJR - 2

1
2
3   Presented by:

4   */s/ Donald W. Heyrich*
    Donald W. Heyrich, WSBA #23091
5
6   **HKM ATTORNEYS**
    600 Stewart Street, Suite 901
    Seattle, WA  98101
7   Tel: (206) 838-2504
    Fax: (206) 260-3055
8   dheyrich@hkm.com

9   Attorneys for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**AMENDED** ORDER GRANTING MOTION TO CERTIFY LEGAL
QUESTIONS TO THE WASHINGTON SUPREME COURT
Case No. 2:14−cv−00421−BJR - 3

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 9th day of February, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

*/s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA #23091

**HKM ATTORNEYS**
600 Stewart Street, Suite 901
Seattle, WA  98101
Telephone: (206) 838-2504
Facsimile: (206) 260-3055
Email: dheyrich@hkm.com