The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH WRIGHT, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:14-cv-00421-BJR<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT (NO. 2:14-cv-00421-BJR) - 1

Plaintiff Kenneth Wright, through his counsel Donald W. Heyrich and Peter Stutheit, and Defendant Lyft, Inc. ("Lyft"), through its counsel Archis A. Parasharami of Mayer Brown LLP, and Bradley S. Keller and Keith D. Petrak of Byrnes Keller Cromwell LLP, submit this joint notice to inform the Court that a settlement in principle has been reached in this action. Counsel state as follows:

1. Plaintiff Wright and Defendant Lyft have reached a settlement agreement in principle in this case that would resolve the claims of a proposed class of Washington residents.

2. At this time, the parties are negotiating the terms of and preparing the formal settlement agreement.

3. Plaintiff Wright expects to file a motion for preliminary approval of the settlement within 60 days—that is, on or before Friday, September 21, 2018.

Respectfully submitted,

*Counsel for Plaintiff Kenneth Wright*

HKM ATTORNEYS
Donald W. Heyrich, WSBA #23091
Jason A. Rittereiser, WSBA #43628
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: (206) 838-2504
Facsimile: (206) 260-3055
Email: dheyrich@hkm.com
         jttereiser@hkm.com

STUTHEIT KALIN LLC
Peter Stutheit, WSBA #32090
2300 SW 1st Avenue, Suite 101
Portland, OR 97201

NOTICE OF SETTLEMENT (NO. 2:14-cv-00421-BJR) - 2

Tel: (503) 493-7488
Fax: (503) 715-5670
Email: peter@stutheitkalin.com

*Counsel for Defendant Lyft, Inc.*

*/s/ Archis Parasharami*
Archis A. Parasharami (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Tel: (202) 263-3000
Fax: (202) 263-3300
Email: aparasharami@mayerbrown.com

BYRNES KELLER CROMWELL LLP
Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 23rd day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

                                            */s/ Archis A. Parasharami*
                                            Archis A. Parasharami
                                            MAYER BROWN LLP
                                            1999 K Street N.W.
                                            Washington, D.C. 20016
                                            Tel: (202) 263-3000
                                            Fax: (202) 263-3300
                                            Email: aparasharami@mayerbrown.com