The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH WRIGHT, on his own behalf and on behalf of other similarly situated persons,<br><br>                              Plaintiff,<br><br>     v.<br><br>LYFT, INC., a Delaware corporation,<br><br>                              Defendant. | NO. 2:14-cv-00421-BJR<br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING DECISION ON FINAL APPROVAL OF PROPOSED SETTLEMENT**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 14, 2018 |

Plaintiff Kenneth Wright, through his counsel Donald W. Heyrich and Peter Stutheit, and Defendant Lyft, Inc., through its counsel Archis A. Parasharami of Mayer Brown LLP, and Bradley S. Keller and Keith D. Petrak of Byrnes Keller Cromwell LLP, respectfully submit this joint motion to stay proceedings.  On July 23, 2018, the parties informed the Court that they have reached a settlement in principle in this action.  Dkt. No. 85.  In light of this settlement—which would resolve the claims of a proposed state-wide class of Washington residents—the parties ask the Court to stay further proceedings in this case (including all deadlines) so that the parties may finalize drafting a settlement and the plaintiff may file a motion for preliminary approval of the settlement.  The parties anticipate that the plaintiff will be able to file a motion for preliminary approval of the settlement within the next 45 days.

The parties therefore respectfully request that the Court enter a stay of all proceedings and continue all deadlines until a ruling on motions for preliminary approval (and, if appropriate) final approval of the settlement.

Respectfully submitted,

*Counsel for Plaintiff Kenneth Wright*

*/s/  Donald W. Heyrich*____
Donald W. Heyrich, WSBA #23091
Jason A. Rittereiser, WSBA #43628
HKM ATTORNEYS
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: (206) 838-2504
Facsimile: (206) 260-3055
Email: dheyrich@hkm.com
            jttereiser@hkm.com

1
2
3
4
5

STUTHEIT KALIN LLC
Peter Stutheit, WSBA #32090
2300 SW 1st Avenue, Suite 101
Portland, OR 97201
Tel: (503) 493-7488
Fax: (503) 715-5670
Email: peter@stutheitkalin.com

6

*Counsel for Defendant Lyft, Inc.*

7
8
9
10
11

*/s/ Archis Parasharami*
Archis A. Parasharami (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20016
Tel: (202) 263-3000
Fax: (202) 263-3300
Email: aparasharami@mayerbrown.com

12
13
14
15
16

BYRNES KELLER CROMWELL LLP
Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com

17
18
19
20
21
22
23
24
25
26

JOINT MOTION TO STAY PROCEEDINGS PENDING DECISION
ON FINAL APPROVAL OF PROPOSED SETTLEMENT (NO.
2:14-cv-00421-BJR) - 3

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 14th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

>*/s/ Archis A. Parasharami*
>Archis A. Parasharami
>MAYER BROWN LLP
>1999 K Street N.W.
>Washington, D.C. 20016
>Tel: (202) 263-3000
>Fax: (202) 263-3300
>Email: aparasharami@mayerbrown.com