THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH WRIGHT, on his own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:14−cv−00421−BJR<br><br>SUPPLEMENTAL DECLARATION OF DONALD W. HEYRICH IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF SERVICE AWARD AND ATTORNEYS' FEES AND COSTS |

I, Donald W. Heyrich, declare as follows:

1. Attached as Exhibit A is an itemized list of the out-of-pocket case expenses incurred in this matter in the total amount of $20,764.06. This exhibit was inadvertently omitted from my prior declaration, Docket No. 94.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2019, in Chicago, Illinois.

*/s/ Donald W. Heyrich, WSBA #23091*
Donald W. Heyrich, WSBA #23091
**HKM ATTORNEYS**
600 Stewart Street, Suite 901
Seattle, WA  98101
Tel: (206) 838-2504
Fax: (206) 260-3055
Email: dheyrich@hkm.com

DECLARATION OF DONALD W. HEYRICH
(Case No. 2:14-cv-00421-BJR) - 1

**HKM ATTORNEYS**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504

## DECLARATION OF SERVICE

I certify that on this date I filed the foregoing document via the ECF system which will serve a copy on the counsel listed below:

Archis A. Parasharami
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20016
Tel: (202) 263-3000
Fax: (202) 263-3300
Email: aparasharami@mayerbrown.com

BYRNES KELLER CROMWELL LLP
Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com
       cmam@byrneskeller.com

Dated: February 22, 2019.

*/s/ Donald W. Heyrich*
Donald W. Heyrich, WSBA #23091

DECLARATION OF DONALD W. HEYRICH
(Case No. 2:14-cv-00421-BJR) - 2

**HKM ATTORNEYS**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

# EXHIBIT A

**Wright et al. v. Lyft, Inc.  Case No. 2:14-cv-00421-BJR**
**Plaintiff's Out-of-Pocket Litigation Expenses**

| Date | Memo/Description | Amount | Vendor |
|---|---|---|---|
| 06/24/2014 | Meeting with defense counsel | $13.03 | BERNARDS RESTAURANT |
| 07/03/2014 | Meeting with A Kirby regarding motion to dismiss | $51.98 | Roxy's Deli |
| 08/11/2014 | Mediation fee | $2,425.00 | JAMS-LA |
| 10/23/2014 | Team meeting with potential settlement administrator | $97.03 | Millers Guild Restaurant |
| 12/29/2014 | Courthouse parking | $4.12 | SEATTLE 684-PARK |
| 01/15/2015 | Research TCPA settlements | $24.00 | Superior Court of Alameda |
| 07/23/2015 | Mediation fee | $2,425.00 | JAMS-LA |
| 10/06/2015 | Mediation parking | $26.00 | 80474 - Union Square |
| 10/20/2015 | Meeting with defense counsel | $16.01 | Bernards Restaurant(V) |
| 4/30/2017 | LexisNexis Charges | $6.00 | Masters Law Group PLLC |
| 6/15/2017 | Document Retrieval Cost | $47.10 | Masters Law Group PLLC |
| 6/20/2017 | Transcription Fee | $27.90 | Masters Law Group PLLC |
| 6/28/2017 | LexisNexis Charges | $6.40 | Masters Law Group PLLC |
| 6/30/2017 | LexisNexis Charges | $91.85 | Masters Law Group PLLC |
| 7/31/2017 | LexisNexis Charges | $16.01 | Masters Law Group PLLC |
| 08/01/2017 | Westlaw charges | $7.57 | Thomson Reuters |
| 08/03/2017 | Printing brief of respondent on certified questions | $8.62 | Washington State Supreme Court |
| 10/01/2017 | WestLaw charges | $14.48 | Thomson Reuters |
| 10/24/2017 | Mediation travel | $1.24 | Expedia |
| 10/25/2017 | Mediation Fees | $10,000.00 | Phillips ADR Enterprises, Inc. |
| 10/25/2017 | Mediation travel | $275.98 | Priceline*Hotel Rooms |
| 10/25/2017 | Mediation travel | $64.20 | United Airlines |
| 10/25/2017 | Mediation travel | $64.00 | Spirit Airlines |
| 10/25/2017 | Mediation travel | $97.19 | Spirit Airlines |
| 10/30/2017 | Mediation travel | $43.73 | Uber |
| 10/31/2017 | LexisNexis Charges | $53.57 | Masters Law Group PLLC |
| 10/31/2017 | Meals - mediation travel | $44.71 | The Hub |
| 10/31/2017 | Mediation travel | $69.98 | Hotwire |
| 10/31/2017 | Mediation travel | $105.97 | Priceline |
| 10/31/2017 | Mediation transportation | $22.54 | Chevron |
| 10/31/2017 | FedEx | $53.53 | FEDEX |
| 11/01/2017 | Mediation transportation | $37.30 | Uber |
| 11/01/2017 | Meals - mediation travel | $56.68 | Grill Concepts |
| 11/01/2017 | Meals - mediation travel | $26.73 | Grill Concepts |
| 11/02/2017 | Printing Briefs | $5.44 | Washington State Supreme Court |
| 11/02/2017 | Mediation travel | $7.00 | Best Western |
| 11/02/2017 | K. Kalin mediation travel expenses | $1,022.73 | Stutheit Kalin LLC |
| 11/20/2017 | K. Masters travel for Supreme Court argument | $230.20 | Masters Law Group PLLC |
| 11/21/2017 | LexisNexis Charges | $148.26 | Masters Law Group PLLC |
| 02/12/2018 | Mediation fee | $1,100.00 | Phillips ADR Enterprises, Inc. |
| 02/14/2018 | 2018/02/14, Legal Research-Docketbird Pacer Fees | $52.25 | Docketbird Pacer Fees |
| 02/20/2018 | 2018/02/20, Legal Research-Docketbird Pacer Fees | $20.35 | Docketbird Pacer Fees |
| 02/21/2018 | 2018/02/21, Legal Research-Docketbird Pacer Fees | $20.46 | Docketbird Pacer Fees |
| 02/22/2018 | 2018/02/22, Legal Research-Docketbird Pacer Fees | $18.27 | Docketbird Pacer Fees |
| 03/01/2018 | 2018/03/01, Legal Research-Docketbird Pacer Fees | $18.07 | Docketbird Pacer Fees |
| 03/04/2018 | 2018/03/04, Legal Research-Docketbird Pacer Fees | $18.27 | Docketbird Pacer Fees |
| 03/04/2018 | 2018/03/04, Legal Research-Docketbird Pacer Fees | $22.33 | Docketbird Pacer Fees |
| 03/08/2018 | 2018/03/08, Legal Research-Docketbird Pacer Fees | $18.27 | Docketbird Pacer Fees |
| 03/13/2018 | 2018/03/13, Legal Research-Docketbird Pacer Fees | $18.07 | Docketbird Pacer Fees |

| | | | |
|---|---|---|---|
| 03/15/2018 | Mediation Fees | $850.00 | Phillips ADR Enterprises, Inc. |
| 03/31/2018 | WestLaw | $12.97 | Westlaw |
| 03/31/2018 | WestLaw | $5.67 | Westlaw |
| 3/13/2019 | Mediation Fee | $850.00 | Phillips ADR Enterprises, Inc. |
| | **TOTAL** | **$ 20,764.06** | |