The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KENNETH WRIGHT, on his own behalf and on
behalf of other similarly situated persons,

                                    Plaintiff,

        v.

LYFT, INC., a Delaware corporation,

                                    Defendant.

NO. 2:14-cv-00421-BJR

ORDER REGARDING CY PRES
DISTRIBUTION OF FINAL
SETTLEMENT FUNDS

**ORDER**

Based on stipulation of the parties, the Court hereby approves distribution of the residual

settlement funds held by the claims administrator to the Legal Foundation of Washington as *cy*

*pres* recipient.

DATED this 8th day of September, 2021.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

//

//

ORDER REGARDING CY PRES DISTRIBUTION OF FINAL
SETTLEMENT FUNDS
(NO. 2:14-cv-00421-BJR) - 1